UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MIGUEL ORTIZ,<br><br>          Plaintiff,<br><br>v.<br><br>GEORGE HAYMAN, et al.<br><br>          Defendants. | Civil Action No. 06-4730 (PGS-ES)<br><br>**ORDER** |

**SHERIDAN, U.S.D.J.**

WHEREAS, this matter having been opened to the Court by Defendants' motion for summary judgment, and having heard oral argument on March 28, 2008, and the Court having considered the parties' briefs, supporting papers and supplemental briefings; and for the reasons set forth on the record; and for good cause shown

IT IS on this 10th day of April, 2008;

**ORDERED** that Defendants' motion for summary judgment is denied with respect to George Hayman, et al. on the excessive force claim. The motion is denied without prejudice with renewal after discovery.

April 10, 2008

                                                          PETER G. SHERIDAN, U.S.D.J.