**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**ESTHER SALAS**<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2060<br>NEWARK, NJ 07101<br>973-297-4887 |

March 3, 2009

## LETTER ORDER

Re:     **Ortiz v. Hayman**
        **Civil Action No. 06-4730 (PGS)**

Dear Counsel:

Please be advised that a telephone conference will go forward in this matter on **March 17, 2009 at 4:00 p.m.** Please mark your calendars accordingly and should you have any questions please call (973) 297-4887.

        **SO ORDERED.**

                            *s/Esther Salas*
                            **Esther Salas**
                            **UNITED STATES MAGISTRATE JUDGE**