ANNE MILGRAM
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625
Attorney for State Defendants Thomas Whitley, Tracy Gordon, Marlon E. Curtis, Cleveland Eatman, Nathaniel Bush and Brian McGill
By:  Thomas E. Kemble (TK9079)
     Deputy Attorney General
     (609) 292-8582
     thomas.kemble@dol.lps.state.nj.us

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MIGUEL ORTIZ, | : HON. PETER G. SHERIDAN, U.S.D.J. |
| Plaintiff, | : Civil Action No. 06-4730(PGS-ES) |
| v. | : |
| GEORGE HAYMAN, ET AL., | : STIPULATION OF VOLUNTARY DISMISSAL |
| Defendants. | : |

In as much as the parties have concluded a settlement agreement in this matter, it is hereby stipulated that the plaintiff's complaint against all New Jersey Department of Corrections State Defendants is voluntarily dismissed by plaintiff with prejudice.

_____
Andrew R. Bronsnick, Esq.
Attorney for Plaintiff
Attorneys for Plaintiffs

Dated: 9/2/09

_____
Thomas E. Kemble
Deputy Attorney General
Attorney for State Defendants

Dated: 9/18/09